IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WANDA J. HENSON, As Personal Representative
Of The Estate of DEBRA L. GONZALES, Deceased,

            Plaintiff,

vs.                                            CIV-1202 KBM/GBW

JEREMY GRADY, In His Individual and Official
Capacities As A Member of the Hobbs Police Dept.
And THE CITY OF HOBBS,

            Defendants.

ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PLAINTIFF'S DECEDENT UNDER THE NEW MEXICO WRONGFUL DEATH ACT

      THIS MATTER Comes before the Court on the Motion of Plaintiff to be appointed as personal representative of the Estate of Debra L. Gonzales under the New Mexico Wrongful Death Act. The Court, having been advised that the Motion is unopposed, finds that the Motion is well taken.

      IT IS THEREFORE ORDERED that Plaintiff Wanda Henson is hereby appointed as personal representative of the Estate of Debra L. Gonzales pursuant to the provisions of the New Mexico Wrongful Death Act (§41-2-3 NMRA 1978).

                                             _____
                                             Karen B. Molzen, United States Magistrate Judge

APPROVED:

/s/   James P. Lyle, Attorney
James P. Lyle
*Attorney for Plaintiff Wanda Henson*

˘1˘

/s/ James P. Sullivan, Attorney
James P. Sullivan
*Attorney for Defendant City of Hobbs*

/s/   Ronald J. Childress, Attorney
*Attorney for Defendant Jeremy Grady*