IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WANDA J. HENSON, As Personal Representative
Of The Estate of DEBRA L. GONZALES, Deceased,

Plaintiff,

vs.                                                         CIV12-1202 KBM/GBW

JEREMY GRADY, In His Individual and Official
Capacities As A Member of the Hobbs Police Dept.
And THE CITY OF HOBBS,

Defendants.

## ORDER APPROVING MINOR SETTLEMENT

THIS MATTER comes before the Court on the Parties' Request for Court approval of the settlement reached in this matter.  The Court has received and reviewed the report of the Court appointed Guardian ad Litem, Mike Newell, Esq., which recommends approval of the settlement terms.  The Court held a hearing on June 26, 2013, at which counsel for the parties, Mr, Newell and the Plaintiff appeared.  After consideration of the testimony and submissions of the parties, the Court,

FINDS that the settlement and distribution of the proceeds, including the costs and attorney's fees is fair, just, equitable and in the best interests of the minor children who are the beneficiaries under the New Mexico Wrongful Death Act.

IT IS THEREFORE ORDERED that the settlement is approved.  Mr. Newell is formally discharged as guardian ad litem.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
Presiding by Consent